UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTAGNAN LITTLE,  　　　　　　　　　　Case No. 22-12222

　　　Plaintiff,　　　　　　　　　　　　　　F. Kay Behm
v.　　　　　　　　　　　　　　　　　　　　United States District Judge

K. WILLIAMS, *et al.*,

　　　Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S MAY 3, 2024**
**<u>REPORT AND RECOMMENDATION (ECF No. 59)</u>**

　　　Currently before the court is Magistrate Judge Kimberly G. Altman's May 3, 2024 Report and Recommendation. (ECF No. 59). Magistrate Judge Altman recommends granting in part and denying in part Defendants' motion for summary judgment based on exhaustion and denying Plaintiff's motion for restraining order and sanctions. (ECF Nos. 39, 54). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's

1

recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 59), **GRANTS** in part and **DENIES** in part Defendants' motion for summary judgment based on exhaustion (ECF No. 39), **DISMISSES** Defendant Parsons from this case, and **DENIES** Plaintiff's motion for a restraining order and sanctions (ECF No. 54).

**SO ORDERED**.

Date:  May 30, 2024

s/F. Kay Behm
F. Kay Behm
United States District Judge