UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ARTAGNAN LITTLE,

    Plaintiff,

v.

KAYLYN WILLIAMS, *et al.*,

    Defendants.
_____/

Case No. 22-12222

Hon. F. Kay Behm
Hon. Kimberly G. Altman

## ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

    Magistrate Judge Kimberly G. Altman issued a report and recommendation in this matter on July 1, 2025. Plaintiff alleges that it was received at his prison facility on July 3, 2025, but it was not delivered to him until July 14, 2025. Plaintiff asserts that this type of delay is an ongoing problem and requests an extension of time to file objections to the report and recommendation. Finding that Plaintiff has articulated good cause for an extension, the court will **GRANT** Plaintiff's request. *See* ECF No. 75 (granting similar motion based upon mail delays). To account for ongoing mail delays, Plaintiff shall have until **August 22, 2025**, to submit his objections to the magistrate judge's report and recommendation. Untimely

objections will not be considered. To the extent Plaintiff seeks sanctions against the Michigan Department of Corrections, he has not alleged that any of the named defendants are responsible for the mail delays, and the MDOC is not a defendant in this action. Accordingly, his request for sanctions is **DENIED.**

    **SO ORDERED.**

Dated: July 25, 2025                                  s/F. Kay Behm
                                                           F. Kay Behm
                                                           United States District Judge