UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARTAGNAN LITTLE, | Case No. 22-12222 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| K. WILLIAMS, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## **JUDGMENT**

In accordance with the Opinion and Order issued on September 4, 2025, the case is **DISMISSED**.

**SO ORDERED**.

Date: September 4, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge